Brian **TAYLOR**, Movant/Appellant,

v.

**STATE of Missouri**, Respondent.

No. **ED 103214**

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: June 21, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied
August 1, 2016.

Application for Transfer Denied
Nov. 1, 2016

Amy Elizabeth Lowe, Assistant Public Defender, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Attorney General, Richard Anthony Starnes, Assistant Attorney General, Supreme Court Building, P.O. Box 899, Jefferson City, MO 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Brian Taylor appeals from the motion court's entry of judgment denying, after an evidentiary hearing, his amended Rule 29.15 motion for post-conviction relief. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claim of error to be without merit. No error of law appears. An extended opinion reciting the detailed

facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).